1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JENNIFER BUENROSTRO-BRIANO, et al.     ) Case No.: 1:19-cv-01382-NONE-SAB
                                            )
12                      Plaintiff,          ) STIPULATION TO EXTEND
                                            ) DISCOVERY AND DISPOSITIVE
13          v.                              ) MOTION DATES
                                            )
14   DARRELL LOCKE, et al.                  ) (ECF No. 13)
                                            )
15                      Defendants.         )
                                            )
16   _____)

17          Plaintiffs Jennifer Buenrostro-Briano and Maria Briano filed this civil rights action

18   pursuant to 42 U.S.C. § 1983 on October 2, 2019.  On December 18, 2019, the scheduling order

19   issued setting all pretrial dates.  On May 27, 2020, the parties filed a stipulation to extend all

     deadlines other than the pretrial conference and trial due to the COVID-19 pandemic which has

20   delayed the parties ability to conduct discovery and they have been unable to conduct depositions.

21   The Court finds that good cause exists to grant the stipulation to amend the scheduling order.

22          Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the

23   December 18, 2019 scheduling order is amended as follows:

24          Fact Discovery Cut-Off:                September 1, 2020

25          Expert Witness Disclosures:            September 1, 2020

1

| | |
|---|---|
| Rebuttal Expert Witness Disclosures: | September 15, 2020 |
| Expert Discovery Cutoff: | October 15, 2020 |
| Deadline for filing Dispositive Motions | October 1, 2020 |

All other aspects of the December 18, 2019 scheduling order remain in effect.

IT IS SO ORDERED.

Dated:   **May 27, 2020**

_____
UNITED STATES MAGISTRATE JUDGE