# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| JENNIFER BUENROSTRO-BRIANO, et al., | Case No.: 1:19-cv-01382-NONE-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER |
| v. | |
| DARRELL LOCKE, et al., | (ECF No. 16) |
| Defendants. | |

On August 27, 2020, the parties filed a second stipulation to amend the scheduling order in this action.

Pursuant to the stipulation and finding good cause, IT IS HEREBY ORDERED that the December 18, 2019 scheduling order, as amended on May 27, 2020, is AMENDED as follows:

| | |
|---|---|
| Fact Discovery Cut-Off | September 1, 2020 (no change) |
| Expert Witness Disclosure | September 18, 2020 |
| Rebuttal Expert Witness Disclosure | October 2, 2020 |
| Expert Discovery Cut-Off | October 30, 2020 |
| Dispositive Motion Cut-Off | October 22, 2020 |

All other aspects of the December 18, 2019 scheduling order remain in effect.

IT IS SO ORDERED.

Dated: __August 27, 2020__

_____
UNITED STATES MAGISTRATE JUDGE

1