# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUENROSTRO-BRIANO, et al., | Case No.  1:19-cv-01382-NONE-SAB |
| Plaintiffs, | ORDER VACATING ALL DATES AND MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| DARRELL LOCKE, et al., | (ECF No. 26) |
| Defendants. | THIRTY DAY DEADLINE |

On March 1, 2021, 2021, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1.      All pending matters and dates are VACATED; and

2.      The parties shall file dispositional documents within **thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **March 2, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

1